UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHRISTOPHER ALBANESE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-CV-126 |
| v. ) | (HOOD/GUYTON) |
| ) | |
| PORTFOLIO RECOVERY ASSOC., LLC, ) | |
| ROSIE MCNEAL, and ) | |
| MORGAN & POTTINGER, P.S.C., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Defendant's Motion to Withdraw as Counsel and Notice of Substitution of New Counsel [Doc. 15]. Defendants Portfolio Recovery Associates, LLC and Rosie McNeal state that Attorney Lauren Kilgore is no longer employed at the law firm of Burr & Forman LLP. Defendants, therefore, move that she be relieved as counsel in this matter. Defendants state that Attorney James Haltom of Burr & Forman LLP should be substituted as counsel for these Defendants.

In addition to the proffer in Defendant's Motion to Withdraw, the Court would note that Robert Springfield and Alan Leeth, attorneys who have represented these Defendants throughout this litigaiton, remain attorneys of record. As a result, continuity of counsel is insured.

Accordingly, the Court finds that the Motion to Withdraw **[Doc. 15]** is well-taken, and it is **GRANTED**.  Ms. Kilgore is **RELIEVED** as counsel in this matter, and the Clerk of Court shall add Mr. Haltom as counsel for Defendants Portfolio Recovery Associates, LLC and Rosie McNeal.

**IT IS SO ORDERED**.

ENTER:

  /s H. Bruce Guyton
United States Magistrate Judge

2

Case 3:13-cv-00126-JMH-HBG   Document 16   Filed 07/05/13   Page 2 of 2   PageID #: 87